BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LILA PABLO- MARTINEZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:14-CR-00186-LJO<br><br>PRELIMINARY ORDER OF FORFEITURE |

　　　　Based on the plea agreement entered between Plaintiff United States of America and defendant Lila Pablo-Martinez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

　　　　1. Pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(II), defendant Lila Pablo Martinez' interest in the following property shall be condemned and forfeited to the United States, to be disposed of according to law:

　　　　　　a. HP 200 Laptop Computer NS: 00196-257362294;

　　　　　　b. GBC Laminator;

　　　　　　c. GX-6750 Brother Electronic Typewriter;

　　　　　　d. Eight cell phones; and

　　　　　　e. Two scanner/printers.

Preliminary Order of Forfeiture　　　　　　　1

2. The above-listed assets represent any property real or personal, that was used, or intended to be used to facilitate, the commission of a violation.

3. Pursuant to Rule 32.2(b), the Attorney General (or designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection in their secure custody and control.

4. a. Pursuant to 18 U.S.C. §982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the Order of Forfeiture. Notice of this Order and notice of the Attorney General's (or designee's) intent to dispose of the property in such a manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the office internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other then the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct notice, whichever is earlier.

5. If a petition is filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(II) in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **October 27, 2014**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE