BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CR-00186-LJO |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| LILA PABLO-MARTINEZ, | |
| Defendant, | |

WHEREAS, on October 27, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(6)(A)(ii)(II), based upon the plea agreement entered into between plaintiff and defendant Lila Pablo-Martinez forfeiting to the United States the following property:

    a. HP 200 Laptop Computer NS: 00196-257362294;

    b. GBC Laminator;

    c. GX-6750 Brother Electronic Typewriter;

    d. Eight cell phones; and

    e. Two scanner/printers.

AND WHEREAS, Beginning October 27, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official

Final Order of Forfeiture

1

internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(II), to be disposed of according to law, including all right, title, and interest of Lila Pablo-Martinez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **April 20, 2015**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE